UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE S. MARTIN, | ) NO. CV 10-5232 PSG (FMO) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS,** |
| DR. MORRIS, et al., | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) **OF UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the First Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court therefore accepts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Defendants' Request for Judicial Notice **(Document No. 37)** is **denied**.

2. Plaintiff's Request for Judicial Notice **(Document No. 45)** is **granted**, in part, and **denied**, in part, as follows: the Court will take judicial notice of the existence of the Hector Letter, but not its contents.

3. Defendants' Motion to Dismiss the First Amended Complaint **(Document No. 37)** is **granted**, in part, and **denied**, in part, as follows:

       (A)    Defendants' Motion to Dismiss Claims One and Three and the claims against defendants Drs. Swaby, Morris and Wu in their official capacities is **granted**, and those claims are dismissed with prejudice;

       (B)    Defendants' Motion to Dismiss Claim Two is **denied**.

4.    No later than 20 days from the filing date of this Order, defendants Drs. Swaby, Morris and Wu shall file an Answer to Claim Two of plaintiff's First Amended Complaint.

DATED: __4/10_____, 2012.

                                         PHILIP S. GUTIERREZ
                                      UNITED STATES DISTRICT JUDGE