UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE S. MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. MORRIS, et al.,<br><br>        Defendants. | Case No. CV 10-5232-PSG (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation Re: Cross Motions for Summary Judgment. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and conclusions of the magistrate judge.

    DATED: <u>August 28, 2013</u>.

                                             PHILIP S. GUTIERREZ
                                             UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd