UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE S. MARTIN, | ) | Case No. CV 10-5232-PSG (PJW) |
| Plaintiff, | ) ) | J U D G M E N T |
| v. | ) ) | |
| DR. MORRIS, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order dismissing the First Amended Complaint,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  August 28, 2013.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd